**STATE of Missouri, Respondent,**

**v.**

**Dino Chavez ANDERSON, Appellant.**

**No. WD 74840.**

Missouri Court of Appeals,
Western District.

May 21, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 25, 2013.

Application for Transfer Denied Aug. 13, 2013.

Chris Koster, Attorney General, Andrew C. Hooper, Assistant Attorney General, Jefferson City, MO, for respondent.

Jeannette L. Igbenebor, Appellate Defender, Kansas City, MO, for appellant.

Before Division Two: ALOK AHUJA, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.

**Order**

PER CURIAM.

Dino Anderson appeals his convictions, following a jury trial, of second-degree drug trafficking under section 195.223 and possession of a controlled substance with intent to distribute under section 195.211. Anderson challenges the sufficiency of the evidence to support his convictions, arguing that the evidence failed to establish that he had both possession and control over the recovered drugs. The court sentenced Anderson, as both a persistent felony offender and a persistent drug offender, to two concurrent terms of ten years in prison.

Affirmed. Rule 30.25(b).